NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ZOLL MEDICAL CORPORATION,**
*Plaintiff – Appellant,*

v.

**PHILIPS ELECTRONICS NORTH AMERICA CORPORATION,**
*Defendant – Appellee.*

---

14-1467

---

Appeal from the United States District Court for the District of Massachusetts in case no. 1:14-cv-10029-NMG United States District Judge Nathaniel M. Gorton

---

ON MOTION

O R D E R

Upon consideration of Zoll Medical Corporation's unopposed motion to extend time to file their principal brief until August 11, 2014,

IT IS ORDERED THAT:

The motion is granted.

                                              FOR THE COURT

June 27, 2014                        /s/ Daniel E. O'Toole
                                              Daniel E. O'Toole
                                              Clerk of Court

cc: Denise Whelton DeFranco
Kurt Louis Glitzenstein
J. Michael Jakes
Adam J. Kessel
Luke McCammon
Robert Shaffer
Brian K. Wells